IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MKM HOLDINGS, LLC,** | ) | **Case No.: 26-81000** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**STATEMENT CONCERNING DOCUMENTS**
**REQUIRED IN NOTICE OF DISMISSAL DUE TO DEFICIENCY**

**COMES NOW** MKM Holdings, LLC, by and through undersigned counsel, and hereby submits the Unsworn Declaration of Rollins Montgomery (attached hereto as **Exhibit A**) in response to the *Notice of Dismissal Due to Deficiency* (Doc. 13).

Respectfully submitted,

*/s/ James P. Roberts*
JAMES P. ROBERTS
ELISE TOPPING
*Counsel for MKM Holdings, LLC*
*(Pending Court Approval)*

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
E-mail: jroberts@bakerdonelson.com
etopping@bakerdonelson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2026, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system that will provide notice to all parties receiving electronic notices in this bankruptcy case, and to the parties indicated below by First Class U.S. Mail.

**Christopher Architecture & Interiors, Inc.**
**Attn: Christopher B. Reebals, as Registered Agent**
**2601 Highland Ave. S.**
**Birmingham, AL 35205**

**Heritage Property Homeowners Association**
**2544 Willow Point Rd.**
**Alexander City, AL 35010**

*/s/ James P. Roberts*
OF COUNSEL

**EXHIBIT A**
**(UNSWORN DECLARATION OF ROLLINS MONTGOMERY)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **MKM HOLDINGS, LLC,** | ) | **Case No.: 26-81000** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

## UNSWORN DECLARATION OF ROLLINS MONTGOMERY

The undersigned hereby declares under penalty of perjury:

1. I am the sole owner and Manager of MKM Holdings, LLC (the "Debtor") and there are no corporations, entities, or individuals that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

2. The Debtor is a disregarded tax entity, and as such has not completed, or been required to complete, tax returns pertaining to the Debtor's activities and operations since the Debtor was formed in 2022.

3. The Debtor has not, during the course of its ordinary business affairs, prepared and maintained a current balance sheet, current statement of operations, or current cash flow statement, and therefore, no such documents exist at this time.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2026

[signature]
ROLLINS MONTGOMERY